IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL E. LIPSCOMB <br> 10414 Gloucester Lane <br> Cheltenham, Maryland 20623 <br><br> Plaintiff, <br><br> v. <br><br> DONALD C. WINTER <br> Secretary of the Navy <br> Office of the Secretary <br> 1000 Navy Pentagon <br> Washington, D.C. 20350-1000 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 07-0103 (JDB) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4204
Washington, D.C.  20530
(202)514-7137