UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL E. LIPSCOMB, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD C. WINTER, )<br>Secretary of the Navy, )<br>)<br>Defendant. )<br>_____) | C.A. No. 1:07CV00103 (JDB) |

### ANSWER

Defendant Donald C. Winters in his official capacity as Secretary of the Navy, responds to Plaintiff's complaint as follows:

### First Defense

Plaintiff has failed to state a claim for which relief may be granted.

### Second Defense

Plaintiff has failed to exhaust administrative remedies in this case.

### Third Defense

All conduct and actions on the part of Defendant concerning Plaintiff were wholly based on legitimate and nondiscriminatory reasons.

### Fourth Defense

Defendant further responds to the numbered and unnumbered paragraphs of Plaintiff's complaint as follows:

JURISDICTION

1. This paragraph contains Plaintiff's assertion of jurisdiction. To the extent that an answer is deemed necessary, admit.

PARTIES

    2.  Admit.

    3.  Admit.

PROCEDURAL REQUIREMENTS

    4.  Admit.

    5.  Admit.

    6.  Admit.

    7.  Admit only that plaintiff filed a direct appeal to the EEOC.  Defendant denies the remainder of this paragraph.

    8.  Admit.

    9.-10.  Defendant is without sufficient information to admit or deny the allegations in Paragraph 9.

COUNT I<br>Race Discrimination

    11.  Deny.

    12.  Deny.

    13.  Deny.

    14.  Deny.

    15.  Deny.

WHEREFORE clause:  This is plaintiff's prayer for relief with regard to Count I.  No response is necessary.  To the extent that a response is deemed required, deny.

## COUNT II
## Sex Discrimination

16. Defendant adopts by reference the responses contained in paragraphs 1-15 with the same effect as if fully set forth herein.

17. Defendant admits only that a complaint was received by resident of Flag Housing that suggested that plaintiff was not Flag Housing material and that his supervisor used similar language in a performance evaluation.

18. Deny.

19. Defendant denies that the statements found in the affidavit of plaintiff's supervisor were false, unsolicited and male-condemning. Admit that phases [a], [b] and [c] found in Paragraph 19 were sentences contained in the affidavit of plaintiff's supervisor, but deny that they evidenced discriminatory conduct. Defendant refers the Court to the affidavit as the best evidence of its content.

20. Admit only that plaintiff's actions in hiring his brother who was a convicted rapist to be a groundskeeper through a contractor were very inappropriate and put the Government at risk. Defendant refers the Court to the affidavit as the best evidence of its content.

WHEREFORE clause: This is plaintiff's prayer for relief with regard to Count II. No response is necessary. To the extent that a response is deemed required, deny.

## COUNT III
## Hostile Environment

21. Defendant adopts by reference the responses contained in paragraphs 1-20 the same effect as if herein fully set forth.

22. Deny.

23. Deny.

24. Deny.

25. Defendant is without sufficient knowledge to admit or deny this allegation.

26. Deny.

WHEREFORE clause:  This is plaintiff's prayer for relief with regard to Count III.  No response is necessary.  To the extent that a response is deemed required, deny.

Having fully answered, defendant respectfully requests that this action be dismissed with prejudice and that defendant be granted such other relief as the Court deems appropriate.

Defendants reserve the right to assert additional defenses, affirmative or otherwise, upon further investigation and discovery into the matters alleged.  Defendants assert all applicable statutory limitations with respect to Plaintiff's damage claims.

**WHEREFORE**, Defendants request the Court enter judgment in their favor and against Plaintiff, that the complaint be dismissed in its entirety with prejudice, that Defendants recover costs in this action, and for such other relief as may be appropriate.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, # D.C. 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
 Assistant United States Attorney
 555 4th Street, N.W., Room E-4204
 Washington, D.C. 20530
 202-514-7137

OF COUNSEL:

ISAAC J. NATTER
Associate Counsel
Department of the Navy
Office of General Counsel-NDW