UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL E. LIPSCOMB, | * |
| | * |
|     Plaintiff, | * |
| | * |
| v. | *    Civil Action No.: 07-0103 (JDB) |
| | * |
| DONALD C. WINTER, | * |
| Secretary of the Navy, | * |
| | * |
|     Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT RULE 16.3 REPORT**

I.    <u>Likelihood Of Disposal By Motion</u>

Plaintiff maintains that the case is not likely to be disposed of by motion. Defendant intends to file a dispositive motion after the close of discovery.

II.    <u>Joining Parties, Amending Pleadings, & Issues Agreed Upon Or Narrowed</u>

The parties agree that no other parties will be joined. If needed, pleadings will be amended by June 15, 2007. The factual issues cannot be agreed upon. The legal issues cannot be agreed upon.

III.    <u>Magistrate Judge Assignment</u>

Plaintiff believes that the case should not be assigned to a Magistrate Judge for all purposes. Defendant has no objection.

IV.    <u>Settlement Possibilities</u>

The parties agree that settlement possibilities exist.

V.    <u>Alternative Dispute Resolution</u>

    The parties would agree to Court ordered ADR.

VI.   Summary Judgment Or Motion To Dismiss

_____The Plaintiff maintains that the case cannot be resolved by summary judgment or motions to dismiss. Defendant believes summary judgment will resolve the case in whole or in part. Defendant proposes that dispositive motions be filed 30 days after close of discovery, with opposition and replies according to the rules of court.

VII.  Initial Disclosures

The parties agree that Rule 26(a)(1) disclosures should proceed in full. Such should be provided by May 30, 2007.

VIII. Discovery

_____Plaintiff proposes that discovery should be limited only by relevancy. Discovery should last approximately three and a half months. No protective order is appropriate. Furthermore, if ADR is ordered, the parties request that discovery be stayed pending such.

VIX.  Experts

Rule 26(a)(2) should govern in full. Depositions of experts should occur by June 15, 2007. Defendant shall have 30 days thereafter to designate its expert(s), if any.

X.    Class Actions

Not applicable.

XI.   Bifurcation

The parties agree that bifurcation is not needed for the trial or discovery.

XII.  Date for Pretrial Conference

The parties propose that the Pretrial Conference, if one is necessary, be held after discovery and the Court's ruling on any pending dispositive motions.

XIII. Date for Trial

The court should set a firm date at the Pretrial conference.

XIV.   <u>Others Matters</u>

   At present, there are none.


                              Respectfully submitted,


| /s/ | /s/ |
|---|---|
| Rev. Rickey Nelson Jones,  Bar #MD12088 | Ms. Claire Whitaker, Bar #354530 |
| Law Offices of Reverend Rickey | Assistant United States Attorney |
|        Nelson Jones, Esquire | 555 Fourth Street, N.W. |
| 3rd Floor – Suite 5 | Room E4204 |
| 1701 Madison Avenue | Washington, D.C. 20530 |
| Baltimore, Maryland 21217 | |
| | Attorney for Defendant |
| Attorney for Plaintiff | |

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL E. LIPSCOMB,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: 07-0103 (JDB) |
| | * | |
| **DONALD C. WINTER,** | * | |
| Secretary of the Navy, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon the parties' "Joint Rule 16.3 Report," it is this ___ day of _____, 2007, by the United States District Court for the District of Columbia

ORDERED that [1] this case is referred to the court mediation office for a period of 90 days, and [2] discovery is stayed during the mediation or outcome of such.

_____ JUDGE

Copies to:

Rev. Rickey Nelson Jones, Bar #MD12088
Law Offices of Reverend Rickey
    Nelson Jones, Esquire
3rd Floor – Suite 5
1701 Madison Avenue
Baltimore, Maryland 21217

Attorney for Plaintiff

Ms. Claire Whitaker, Bar #354530
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4204
Washington, D.C. 20530

Attorney for Defendant