UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL A. LIPSCOMB,

    Plaintiff,

       v.    Civil Action No.  07-0103 (JDB)

DONALD C. WINTER,
Secretary of the Navy,

    Defendant.

## MEDIATION REFERRAL AND SCHEDULING ORDER

    Pursuant to the initial scheduling conference held on this date and the parties' Joint Rule 16.3 Report, it is hereby

    **ORDERED** that the following schedule shall govern the proceedings in this action:

    1.  Based upon the agreement of the parties, this case is **REFERRED to MEDIATION** to commence on April 30, 2007 and to conclude on June 30, 2007.  In accordance with L. Civ. R. 84.8, counsel and the parties, including persons with settlement authority, are directed to attend the mediation sessions.  The Clerk of the Court shall furnish a copy of this Order to the Circuit Executive's Office for purposes of arranging mediation and assigning a mediator. The parties shall promptly notify the Court if the case settles in whole or in part.

    2.  Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) are due by not later than May 30, 2007.

    3.  All parties shall be joined and all amendments to pleadings shall be completed by June 15, 2007.

    4.  Except as provided herein for initial disclosures, discovery shall commence on July 2, 2007.  All discovery, including expert depositions, shall be completed by not later than October 31, 2007.

5. Plaintiff's Rule 26(a)(2) expert disclosures shall be served by not later than July 16, 2007. Defendant's expert disclosures shall be served by not later than August 16, 2007.

6. Dispositive motions shall be filed by not later than November 30, 2007. Responses shall be filed by not later than December 14, 2007. Replies, if any, shall be filed by not later than December 21, 2007.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  April 30, 2007