## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 1:07CV00103 (JDB) |
| | ) |
| **DONALD C. WINTER,** | ) |
| Secretary of the Navy, | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

### MOTION FOR ENLARGEMENT OF DISCOVERY PERIOD

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an enlargement of time, to and including December 17, 2007, to complete discovery in this case. Discovery closes on October 31, 2007. This is defendant's first request for an extension of the discovery period.

Defendant's counsel has conferred with plaintiff's counsel this date concerning this motion and plaintiff's recent Rule 37 Motion to Compel. Although progress was made in resolving the plaintiff's discovery issues, plaintiff opposes an extension of the discovery period. Defendant believes that an extension is necessary for the reasons described below:

As evidenced by plaintiff's Motion to Compel, the parties apparently have a discovery dispute that, in plaintiff's view, requires Court intervention. It is defendant's hope that through consultation between the parties, a resolution of this dispute can be achieved. To this end, defendant's counsel primarily assigned to the case arranged for a conference call with defendant agency and plaintiff on October 31, 2007. Plaintiff's discovery claims were discussed in an amicable manner and a plan of action was developed involving agreed-upon modifications to plaintiff's discovery requests so that defendant has a clear understanding as to what factual information plaintiff sought to elicit. In order to provide this factual information, the parties

agreed that a Privacy Act Consent Order must be entered. Defendant is forwarding a draft to plaintiff for review and signature.

Although progress was made during the conference call between the parties towards resolving the parties' differences, plaintiff intends to request, on behalf of the parties, an extension of the deadline for the filing of the Court-ordered joint report, and to continue the telephone conference set for November 9, 2007, because of his unavailability on that date. Therefore, this discovery issue will remain unresolved for some time.

In addition to plaintiff's desire for additional responsive information to his discovery requests, defendant needs to review plaintiff's responses to defendant's propounded discovery requests, which are presently due but have not yet been received by defendant's counsel. The additional discovery period will permit defendant to explore issues raised in plaintiff's responses.

Finally, during the parties' telephone conference, plaintiff indicated that he will be filing a motion to amend his complaint within the next week or two, to add new claim(s). When he does so, if those new claims cannot be resolved by a motion to dismiss, then additional discovery will be needed as to those claims.

For the foregoing reasons, defendant moves for an additional of 45 days to complete discovery in this case.

Accordingly, defendant requests that the close of discovery be extended to and including December 17, 2007. A proposed order is attached.

                                              Respectfully submitted,

                                                    /s/
                                          JEFFREY A. TAYLOR , D.C. Bar # 498610

                United States Attorney


                  /s/
                RUDOLPH CONTRERAS, D.C. Bar # 434122
                Assistant United States Attorney

                  /s/
                CLAIRE WHITAKER, D.C. Bar # 354530
                Assistant United States Attorney
                United States Attorneys Office
                555 4th Street, N.W., Room E-4204
                Washington, D.C. 20530
                (202) 514-7137

OF COUNSEL:

ISAAC NATTER, Esq.
Assistant Counsel
U.S. Department of the Navy
Naval District of Washington

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DONALD C. WINTER,** )<br>**Secretary of the Navy,** )<br>)<br>**Defendant.** )<br>_____) | C.A. No. 1:07CV00103 (JDB) |

ORDER

UPON CONSIDERATION of defendant's consent Motion to Extend the closing date for discovery in this case, and for good cause shown, it is

HEREBY ORDERED that the motion is granted; and it is

FURTHER ORDERED that the close of discovery is extended to and including December 17, 2007.

_____
UNITED STATES DISTRICT JUDGE