<u>**UNITED STATES DISTRICT COURT FOR THE**</u>
<u>**DISTRICT OF COLUMBIA**</u>

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | *    **Civil Action No.: 07-0103 (JDB)** |
| | * |
| **DONALD C. WINTER,** | * |
| **Secretary of the Navy,** | * |
| | * |
| **Defendant.** | * |

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION**
**FOR ENLARGEMENT OF DISCOVERY PERIOD**

Mr. Michael E. Lipscomb, Plaintiff, by and through his counsel, Rev. Rickey Nelson Jones, pursuant to Fed.R.Civ.P, Rule 6(b), hereby opposes Defendant's motion to enlarge the discovery period.  As grounds therefor, he says:

1. On October 31, 2007, Defendant filed a motion to enlarge the discovery period on the basis of [1] a pending discovery dispute, [2] a need to postpone the Court Ordered notice about the status of the dispute and the November 9, 2007 teleconference, [3] Defendant's need to review Plaintiff discovery responses, and [4] Plaintiff's intention of filing an amendment to his Complaint.

2. While Defendant is correct in its motion about the parties discussing the discovery issues in an amicable manner (and needing more time to resolve the issues), Defendant is incorrect about the need to extend the discovery period.

3. On April 30, 2007, in this court's "Mediation Referral And Scheduling Order," the parties were required (according to paragraph 4) to complete all discovery by October 31, 2007.

4. Plaintiff served his discovery in July of 2007.  However, Defendant did not mail its discovery until September 27, 2007.

5. While Plaintiff has filed its motion to compel timely according to the court's Scheduling Order, Defendant just received Plaintiff's discovery responses this week, which is timely within the week such was due.  Hence, Defendant's late review of

Plaintiff's discovery responses is a product of serving discovery on Plaintiff late.

      6. Regarding reasons [1] and [2] about the pending discovery dispute, Plaintiff agrees that a postponement is needed <u>solely</u> with regard to the Court's Order (a) to notify it about the status and (b) having the teleconference.[1]   However, extending discovery in its entirety is not necessary.

      7. Regarding reason [4], Plaintiff has decided against amending its Complaint. Ending discovery and obtaining information requested already from the Defendant (to continue Plaintiff's trial preparation) is more important.

      **WHEREFORE,** Plaintiff respectfully requests

[1]     that Defendant's motion to enlarge the discovery period be DENIED,

[2]     that the Court's Order to the parties to notify it by November 6, 2007 regarding the status of the discovery dispute be postponed until November 23, 2007, and

[3]     that the Court's Order to the parties to hold a teleconference be postponed until November 26, 2007.

/s/
_____
Rev. Rickey Nelson Jones
Law Offices of Reverend Rickey
   Nelson Jones, Esq.
3rd Floor — Suite 5
1701 Madison Avenue
Baltimore, Maryland 21217
410-462-5800
MD Bar #: 12088

*Attorney for Plaintiff*

---

[1] Plaintiff's counsel does have a Motion To Dismiss Hearing scheduled in the Circuit Court for Anne Arundel County, Annapolis, Maryland, on November 9, 2007 at 9:00 a.m.

Additionally, counsel for Plaintiff is scheduled to be out-of-town during the week of November 12, 2007 for business reasons. Counsel for Defendant also informed counsel for Plaintiff that she would be unavailable much of the week of November 9, 2007 due to her case load at the United States Department of Justice.

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| v. | *    **Civil Action No.: 07-0103 (JDB)** |
| | * |
| **DONALD C. WINTER,** | * |
| **Secretary of the Navy,** | * |
| | * |
| **Defendant.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

Upon "Plaintiff's Opposition To Defendant's Motion For Enlargement Of Discovery Period," it is this ___ day of _____, 2007, by the United States District Court for the District of Columbia

ORDERED that Defendant's motion is **DENIED** and

[1]    that the Court's Order to the parties to notify it by November 6, 2007 regarding the status of the discovery dispute IS postponed until November 23, 2007, and

[2]    that the Court's Order to the parties to hold a teleconference IS postponed until November 26, 2007 at _____ a.m/p.m.

_____ JUDGE

Copies to:

Rev. Rickey Nelson Jones
Law Offices of Reverend Rickey Nelson
       Jones, Esquire
3rd Floor – Suite 5
1701 Madison Avenue
Baltimore, Maryland 21217

*Attorney for Plaintiff*

Ms. Claire Whitaker
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W. – Rm. E4204
Washington, D.C. 20503

*Attorney for Defendant*