UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL E. LIPSCOMB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:07CV00103 (JDB) |
| | ) |
| DONALD C. WINTER, | ) |
| Secretary of the Navy, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF BRIEFING SCHEDULE

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of the briefing schedule in this case. Defendant's counsel primarily assigned to this case has attempted unsuccessfully to contact plaintiff's counsel concerning this extension. The reasons for this request are as follows:

By minute order dated April 30, 2007, this Court set the discovery deadline in this case for October 31, 2007, and ordered that dispositive motions be filed on November 30, 2007, with oppositions due on December 14, 2007, and replies due on December 21, 2007. On November 2, 2007, this Court extended the discovery deadline to December 17, 2007. See Minute Order dated November 2, 2007. The existing briefing schedule for dispositive motions was not modified by the Court's Minute Order of November 2, 2007. Accordingly, in order to insure that dispositive motions may be filed after the close of discovery, defendant requests that the following revised dispositive motion schedule be approved:

Dispositive motions due: January 18, 2008 (vice November 30, 2007);

Response to dispositive motions: February 1, 2008 (vice December 14, 2007);

Reply to dispositive motions due: February 11, 2008 (vice December 21, 2007).

As noted, defendant's counsel has attempted unsuccessfully to consult with plaintiff's

counsel before filing this motion.

                                  Respectfully submitted,

                                  /s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

                                  /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                  /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

OF COUNSEL:
ISAAC NATTER, Esq.
Assistant Counsel
U.S. Department of the Navy
Naval District of Washington

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   C.A. No. 1:07CV00103 (JDB) |
| | ) |
| **DONALD C. WINTER,** | ) |
| **Secretary of the Navy,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

ORDER

UPON CONSIDERATION of defendant's Motion to Extend the time for filing dispositive motions in this case, and for good cause shown, it is

HEREBY ORDERED that the motion is granted; and it is

FURTHER ORDERED that the briefing schedule is amended as follows:

Dispositive motions due: January 18, 2008 (vice November 30, 2007);

Response to dispositive motions: February 1, 2008 (vice December 14, 2007);

Reply to dipsotive motions due: February 11, 2008 (vice December 21, 2007).

_____
UNITED STATES DISTRICT JUDGE