UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MICHAEL E. LIPSCOMB,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | C.A. No. 1:07CV00103 (JDB) |
| | ) | |
| **DONALD C. WINTER,** | ) | |
| **Secretary of the Navy,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**JOINT MOTION TO RESCHEDULE TELEPHONE CONFERENCE**

The parties jointly move this Court to reschedule the December 6, 2007, telephone conference call with chambers for the purpose of discussing the discovery dispute between the parties. See Minute Order, dated November 26, 2007.   The reasons for this motion are as follows:

1.  The parties have conferred and defendant has agreed to supplement its discovery responses to plaintiff.

2.  Defendant has provided plaintiff with a supplemental response to his first set of interrogatories and some additional documents.

3.  Other agency documents, consisting of personnel files, have been order from records storage, but have not yet been received.

4.  A telephone conference on December 6, 2007, would be premature as the matter may be resolved after plaintiff reviews the forthcoming documents.

As both parties are interested in resolving this matter without further judicial involvement, it is requested that the telephone conference set for December 6, 2007, at 3:00 pm be postponed for at least ten (10) working days.  It is proposed that in lieu of setting another firm

date, that the parties be directed to provide a status report to the Court by a date certain as to whether or not a telephone conference is still needed. A proposed order is attached.

                                                           Respectfully submitted,

| /s/ | /s/ |
|---|---|
| RICKEY NELSON JONES, #MD12088 | JEFFREY A. TAYLOR , D.C. Bar # 498610 |
| 1701 Madison Ave., 3rd Floor, Suite 5 | United States Attorney |
| Baltimore, Maryland 21217 | |
| | /s/ |
| Attorney for Plaintiff | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| | Assistant United States Attorney |
| | |
| | /s/ |
| | CLAIRE WHITAKER, D.C. Bar # 354530 |
| | Assistant United States Attorney |
| | United States Attorneys Office |
| | 555 4th Street, N.W., Room E-4204 |
| | Washington, D.C. 20530 |
| | (202) 514-7137 |

OF COUNSEL:
ISAAC NATTER, Esq.
Assistant Counsel
U.S. Department of the Navy
Naval District of Washington

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DONALD C. WINTER,** )<br>**Secretary of the Navy,** )<br>)<br>**Defendant.** )<br>_____) | C.A. No. 1:07CV00103 (JDB) |

ORDER

UPON CONSIDERATION of parties' joint motion to reschedule the telephone conference with chambers regarding discovery issues, and for good cause shown, it is this _____ day of _____, 2007

ORDERED, that the discovery telephone conference scheduled for December 6, 2007, 3:00 pm, is cancelled pending further order of this Court and it is

FURTHER ORDERED, that the parties are directed to file a Joint Status Report by_____.

_____
UNITED STATES DISTRICT JUDGE