UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | C.A. No. 1:07CV00103 (JDB) |
| ) | |
| **DONALD C. WINTER,** ) | |
| **Secretary of the Navy,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR EXTENSION OF DISCOVERY RELATING TO DAMAGES

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of the discovery period relating to plaintiff's "damages" claim, to and including forty-five days preceding the trial of this case should the matter not be resolved by other means prior to that date. Defendant's counsel primarily assigned to this case and plaintiff's counsel agreed that an extension of time for the deposition of plaintiff's wife beyond the discovery deadline presently set for December 17, 2007, was appropriate. The parties did not have an opportunity to discuss related discovery matters that may be associated with plaintiff's medical history as his medical records, although requested, have not yet been received by defendant.

The reasons for this request are as follows: Plaintiff's deposition was scheduled for December 12, 2007, at 10:00 am, to be followed by his wife's deposition. Although plaintiff's deposition commenced on or about 10:00 am on December 12th, it continued much longer than either party anticipated. During plaintiff's deposition, the parties agreed that the deposition of his wife should be postponed to a future date after the holidays. Defendant's counsel was charged with drafting the consent motion. Because Mrs. Lipscomb's deposition relates solely to plaintiff's "damages" claim, defendant requests that the period for discovery into plaintiff's "damages" claim be extended. As that would include related issues connected to plaintiff's

medical records, which defendant has not yet received, as well as discovery concerning plaintiff's medical/damages claims be extended.

Because this matter may be resolved either by settlement or dispositive motion which would obviate the need for discovery into "damages," defendant requests that the remaining "damages" discovery be postponed to a period of forty-five days just prior to trial. Otherwise, defendant requests that the period be extended to and including January 17, 2008, which assumes that plaintiff's medical records will be received in the next few days. A proposed order is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

OF COUNSEL:

ISAAC NATTER, Esq.
Assistant Counsel
U.S. Department of the Navy
Naval District of Washington

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | C.A. No. 1:07CV00103 (JDB) |
| ) | |
| **DONALD C. WINTER,** ) | |
| **Secretary of the Navy,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

ORDER

UPON CONSIDERATION of defendant's motion to extend only discovery into plaintiff's damages' claim, and for good cause shown, it is this _____ day of _____, 2007

ORDERED, that said discovery is extended a period commencing forty-five days before trial in this case, unless the case is otherwise resolved.

_____
UNITED STATES DISTRICT JUDGE