## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   C.A. No. 1:07CV00103 (JDB) |
| | ) |
| **DONALD C. WINTER,** | ) |
| **Secretary of the Navy,** | ) |
| | ) |
| **Defendant.** | ) |

### REPORT TO COURT

By Minute Order dated December 5, 2007, this Court directed the parties to file a Joint Report concerning their discovery dispute. The parties have conferred concerning this matter and defendant has attempted to respond further to plaintiff's discovery issues so as to avoid further Court involvement. Defendant believes that the matter has, thus, been resolved. However, plaintiff has asked defendant's counsel to file this status report and indicate that an additional thirty days is needed, and at the end of that period, it is anticipated that the parties will provide another status report if the discovery matter remains at issue.

Plaintiff has also indicated to defendant's counsel that plaintiff has no objection to the motion to extend "damages" discovery filed on December 17, 2007. R. 15.

           Respectfully submitted,

           _____/s/_____
           JEFFREY A. TAYLOR , D.C. Bar # 498610
           United States Attorney

           _____/s/_____
           RUDOLPH CONTRERAS, D.C. Bar # 434122
           Assistant United States Attorney

                                      /s/
                        CLAIRE WHITAKER, D.C. Bar # 354530
                        Assistant United States Attorney
                        United States Attorneys Office
                        555 4th Street, N.W., Room E-4204
                        Washington, D.C. 20530
                        (202) 514-7137

OF COUNSEL:

ISAAC NATTER, Esq.
Assistant Counsel
U.S. Department of the Navy
Naval District of Washington