UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. LIPSCOMB,<br><br>    Plaintiff,<br><br>        v.<br><br>DONALD C. WINTER,<br>Secretary of the Navy,<br><br>    Defendant. | Civil Action No. 07-0103 (JDB) |

### ORDER

Upon consideration of the status report concerning discovery and defendant's unopposed motion for extension of discovery relating to damages, and it appearing that additional discovery responses have been provided by defendant and that discovery is ongoing, it is hereby

**ORDERED** that plaintiff's motion to compel is **DENIED WITHOUT PREJUDICE**; it is further

**ORDERED** that defendant's motion for extension of discovery relating to damages is **GRANTED IN PART AND DENIED IN PART**, and that the period for such discovery shall be extended to January 17, 2008; and it is further

**ORDERED** that a status hearing is scheduled for January 17, 2008 at 9:00 a.m. in Courtroom 8.

**SO ORDERED**.

                                                /s/ John D. Bates
                                                JOHN D. BATES
                                     United States District Judge

Date: December 21, 2007