**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** | * |
| **Plaintiff,** | * |
| v. | *   Civil Action No.: 07-0103 (JDB) |
| **DONALD C. WINTER,** Secretary of the Navy, | * |
| Defendant. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION TO TOLL TIME
FOR RESPONDING TO DEFENDANT'S MOTION
TO DISMISS OR SUMMARY JUDGMENT DUE TO
PENDING DISCOVERY RESPONSES FROM DEFENDANT**

Mr. Michael E. Lipscomb, Plaintiff, by and through his counsel, Rev. Rickey Nelson Jones, pursuant to Local Civil Rule 7(a) and Fed.R.Civ.P, Rule 6(b), hereby moves to toll the time for Plaintiff to respond to Defendant's "Motion to Dismiss Or For Summary Judgment." As grounds therefor, he says:

1. The parties had a status hearing before this court on Thursday, January 17, 2008.

2. Pending was Plaintiff's Second Motion To Compel, which the court reserved ruling on until dispositive motions were filed. The court also Ordered counsels for the parties to meet in person to discuss resolving the discovery dispute.

3. Defendant filed its "Motion To Dismiss Or For Summary Judgment" on the due date for filing such motions, January 18, 2008.

4. Pursuant to the court Order, counsels for the parties met on Tuesday, January 22, 2008 and conducted a civil discussion about resolving the discovery dispute.

5. Defendant provided Plaintiff with an answer to one of the nine outstanding discovery responses needed and assured Plaintiff efforts would be made to acquire responses for the others, to the extent possible.

6. Because Plaintiff provided timely responses to Defendant's discovery in October of last year, enabling Defendant to file its motion fully informed, Plaintiff

should be entitled to have all responses to his discovery before being required to file his "Response & Cross Motion for Summary Judgment."

7. Plaintiff still waits for Defendant to provide discovery responses to important interrogatories and request for production of documents, and being forced to respond to Defendant's motion without the responses places Plaintiff at a disadvantage in terms of information and fairness.

**WHEREFORE,** Plaintiff respectfully requests that Plaintiff's time to respond to Defendant's Motion commence running after Defendant provides the outstanding discovery or the court rules on Plaintiff's Second Motion To Compel.

                                                         /s/
Rev. Rickey Nelson Jones
Law Offices of Reverend Rickey
    Nelson Jones, Esq.
3rd Floor — Suite 5
1701 Madison Avenue
Baltimore, Maryland 21217
410-462-5800
MD Bar #: 12088

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** * | |
| Plaintiff, * | |
| v. * | Civil Action No.: 07-0103 (JDB) |
| **DONALD C. WINTER,** * | |
| Secretary of the Navy, * | |
| Defendant. * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Upon "Plaintiff's Motion To Toll Time For Responding To Defendant's Motion To Dismiss Or Summary Judgment Due To Pending Discovery Responses From Defendant, " it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia

ORDERED that Plaintiff's motion be and hereby is **GRANTED,** and Plaintiff's time to respond to Defendant's Motion shall commence running after Defendant provides the outstanding discovery or the court rules on Plaintiff's Second Motion To Compel.

_____
JUDGE

Copies to:

Rev. Rickey Nelson Jones
Law Offices of Reverend Rickey Nelson
    Jones, Esquire
3rd Floor – Suite 5
1701 Madison Avenue
Baltimore, Maryland 21217

*Attorney for Plaintiff*

Ms. Claire Whitaker
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W. – Rm. E4204
Washington, D.C. 20503

*Attorney for Defendant*

**Statement Of Points And Authorities**

Local Civil Rule 7(a)

Federal Rules of Civil Procedure, Rule 6(b)