UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. LIPSCOMB,<br><br>    **Plaintiff,**<br><br>        v.<br><br>DONALD C. WINTER,<br>Secretary of the Navy,<br><br>    **Defendant.** | Civil Action No. 07-0103 (JDB) |

## ORDER

Upon consideration of [21] plaintiff's motion to toll time for responding to defendant's dispositive motion pending discovery responses from defendant, it is hereby

**ORDERED** that any further responses by defendant to plaintiff's discovery request shall be served on plaintiff by not later than January 31, 2008; it is further

**ORDERED** that plaintiff's response to defendant's dispositive motion shall be filed by not later than March 1, 2008; and it is further

**ORDERED** that, if plaintiff opposes defendant's motion on the ground that further discovery is necessary, plaintiff shall file an affidavit pursuant to Fed. R. Civ. P. 56(f) stating with specificity the facts he intends to discover that would create a triable issue and why he cannot yet produce them. See Messina v. Krakower, 439 F.3d 755, 762 (D.C. Cir. 2006); Byrd v. United States EPA, 174 F.3d 239, 248 n. 8 (D.C. Cir.1999).

    SO ORDERED.

                                      /s/ John D. Bates
                                       JOHN D. BATES
                                  United States District Judge

Date:   January 24, 2008