UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL E. LIPSCOMB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:07CV00103 (JDB) |
| ) | |
| DONALD C. WINTER, ) | |
| Secretary of the Navy, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**MOTION TO EXTEND TIME TO RESPOND
TO PLAINTIFF'S SECOND MOTION TO COMPEL**

On January 16, 2008, Plaintiff filed a second Motion to Compel Discovery in this matter. At a status conference the following day, January 17, 2008, this Court instructed the parties to meet and discuss their discovery dispute. Counsel for Defendant and Plaintiff thereafter met on January 23, 2008, and Defendant again agreed to voluntarily review his responses and determine whether additional supplementation would be made. Supplemental information will be provided to Plaintiff's counsel on January 31, 2008.

As Defendant's Opposition to said motion is due on January 30, 2008 (the day before the supplementation is due) and as this supplementation may result in Plaintiff's modifying (or possibly withdrawing) his Motion to Compel, Defendant requests additional time to respond to said motion. Counsel for Defendant attempted to reach Counsel for Plaintiff to determine his position on this extension but was unable to do so. Should Plaintiff pursue his Motion to Compel within the time period for opposing this motion, Defendant requests 14 days to file his Opposition to said Motion to Compel.

Respectfully submitted,

      /s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

      /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

ISAAC J. NATTER, Esq.
Assistant Counsel
U.S. Department of the Navy
Naval District Washington
Bethesda Branch
National Naval Medical Center

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | C.A. No. 1:07CV00103 (JDB) |
| ) | |
| **DONALD C. WINTER,** ) | |
| **Secretary of the Navy,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**ORDER**

Upon consideration of Defendant's motion to Extend Time to Respond to Plaintiff's Second Motion to Compel, and any opposition thereto, and for the reasons set forth in Defendant's motion, it is this _____ day of _____, 2008

ORDERED that should Plaintiff pursue his Motion to Compel within the time period for opposing this motion, Defendant will have 14 days to file his Opposition to Plaintiff's Motion to Compel.

_____
UNITED STATES DISTRICT JUDGE