**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** | * |
| Plaintiff, | * |
| v. | *    Civil Action No.: 07-0103 (JDB) |
| **DONALD C. WINTER,** <br> Secretary of the Navy, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S "MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S SECOND MOTION TO COMPEL"**

Mr. Michael E. Lipscomb, Plaintiff, by and through his counsel, Rev. Rickey Nelson Jones, pursuant to Fed.R.Civ.P, Rule 6(b), hereby opposes Defendant's motion to extend time. As grounds therefor, he says:

1. On yesterday afternoon (1/30/08), a voice mail message was left at Plaintiff's counsel's office by a Mr. Tim Rice. He was an assistant to counsel for Defendant and indicated [1] Defendant's intention to supplement its discovery on January 31, 2008 and [2] Defendant's interest in getting an extension to respond to Plaintiff's last motion.

2. Counsel for Plaintiff was in court on yesterday afternoon.

3. Plaintiff filed its Second Rule 37 Motion To Compel on January 16, 2008, and the time period allowed by Local Civil Rule 7(b) elapsed on January 27, 2008.

4. Moreover, during the parties' January 17, 2008 status hearing, this court clearly directed Defendant to respond to Plaintiff's Second Rule 37 Motion To Compel.

5. Since Defendant is requesting an extension after the deadline to respond, according to Local Civil Rule 7(b), when opposition is not filed within the prescribed time, "the Court may treat the motion as conceded."

6. Plaintiff opposes anymore delays regarding discovery in this case since Defendant's non-responsiveness has lingered since August of 2007 and Plaintiff is deprived of his procedural right to have timely responses in order to prepare his case in a timely manner.

**WHEREFORE,** Plaintiff respectfully requests

[1]   that Defendant's motion to extend time be DENIED, and

[2]   that the Court's GRANT Plaintiff's Second Rule 37 Motion To Compel in its entirety.

/s/
Rev. Rickey Nelson Jones
Law Offices of Reverend Rickey
    Nelson Jones, Esq.
3rd Floor — Suite 5
1701 Madison Avenue
Baltimore, Maryland 21217
410-462-5800
MD Bar #: 12088

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 07-0103 (JDB) |
| **DONALD C. WINTER,** Secretary of the Navy, | * |
| Defendant. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Upon "Plaintiff's Opposition To Defendant's Motion To Extend Time To Respond To Plaintiff's Second Motion To Compel" it is this ___ day of _____ 2008, by the United States District Court for the District of Columbia

ORDERED that

[1]   Defendant's "Motion To Extend Time To Respond To Plaintiff's Second Motion To Compel" be and hereby is **DENIED,**

[2]   the desired responses and production outlined in paragraph 13 of "Plaintiff's Second Rule 37 Motion To Compel" be, and hereby is, **ESTABLISHED FOR ALL PURPOSES IN THIS ACTION**,

[2]   all costs and attorney's fees for filing motions and making repeated efforts to bring Defendant in compliance with the Federal Rules outlined in "Plaintiff's Second Rule 37 Motion To Compel" **BE PAID** by Defendant within ten (10) days of the date of this Order, specifically, costs of $14.74 and Attorney's Fees of $1,560.00 , and

_____JUDGE

**Copies to:**

Rev. Rickey Nelson Jones
Law Offices of Reverend Rickey Nelson
    Jones, Esquire
3rd Floor – Suite 5
1701 Madison Avenue
Baltimore, Maryland 21217
*Attorney for Plaintiff*

Ms. Claire Whitaker
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W. – Rm. E4204
Washington, D.C. 20503
*Attorney for Defendant*