UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL A. LIPSCOMB,

    Plaintiff,

        v.                            Civil Action No. 07-0103 (JDB)

DONALD C. WINTER,
Secretary of the Navy,

    Defendant.

## ORDER

Upon consideration of [23] defendant's motion for extension of time to respond to plaintiff's second motion to compel discovery, and plaintiff's opposition thereto, and it appearing that defendant is providing additional discovery responses to plaintiff on this date, it is hereby

**ORDERED** that the defendant's motion for extension of time is **GRANTED**; and it is further

**ORDERED** that the schedule governing further proceedings shall be revised as follows:

1. Plaintiff shall file a supplemental brief by not later than February 7, 2008, addressing whether a discovery dispute remains and, if so, identify the specific discovery issue in his motion to compel that remains in dispute.

2. Defendant's response shall be filed by not later than February 19, 2008.

3. Plaintiff's reply shall be filed by not later than February 26, 2008.

4. Plaintiff's response to defendant's dispositive motion shall be filed by the date previously set, that is, March 1, 2008. If plaintiff opposes defendant's dispositive motion on the ground that further discovery is necessary, plaintiff shall file an affidavit pursuant to Fed. R. Civ. P. 56(f) stating with specificity the facts he

intends to discover that would create a triable issue and why he cannot yet produce them.  See Messina v. Krakower, 439 F.3d 755, 762 (D.C. Cir. 2006); Byrd v. United States EPA, 174 F.3d 239, 248 n. 8 (D.C. Cir.1999).

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:  January 31, 2008