**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** * | |
| * | |
| **Plaintiff,** * | |
| * | |
| v.  * | Civil Action No.: 07-0103 (JDB) |
| * | |
| **DONALD C. WINTER,** * | |
| **Secretary of the Navy,** * | |
| * | |
| **Defendant.** * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE / NOTICE

Mr. Michael E. Lipscomb, Plaintiff, by his counsel, Rev. Rickey Nelson Jones, notifies the court that its "revised schedule governing further proceedings" attached to the court's January 31, 2008 Order granting Defendant's motion for extension of time DID NOT manifest itself in his counsel's e-mail transmission. Plaintiff needs the revised schedule re-transmitted or somehow made available to counsel for Plaintiff.

/s/
Rev. Rickey Nelson Jones
Law Offices of Reverend Rickey
    Nelson Jones, Esquire
3rd Floor – Suite 5
1701 Madison Avenue
Baltimore, MD 21217
410-462-5800
Bar #: MD12088

Attorney for Plaintiff