# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DONALD C. WINTER,** )<br>**Secretary of the Navy,** )<br>)<br>**Defendant.** ) | C.A. No. 1:07CV00103 (JDB) |

## NOTICE OF FILING OF THE SIGNED DECLARATION OF CATHY JARDIM

Defendant hereby files the signed Declaration of Cathy Jardim, Court Reporter. The unsigned version was included as Attachment 8 to defendant's Reply to Plaintiff's Brief in Support of His Second Rule 37 Motion to Compel (Docket # 28) filed on February 19, 2008.

Respectfully submitted,

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

# Declaration of Cathy Jardim

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x

MICHAEL E. LIPSCOMB,　　　　　　　:

　　　　Plaintiff,　　　　　　　　:

　　vs.　　　　　　　　　　　: Civil Action No.

SECRETARY OF THE NAVY,　　　　　: 07-0103 (JDB)

　　　　Defendant.　　　　　　　:

- - - - - - - - - - - - - - -x


DECLARATION OF CATHY JARDIM, COURT REPORTER


I was the court reporter for the deposition of Pamela Lipscomb, taken on Monday, January 15, 2008. After the conclusion of the deposition, and after going off the record, AUSA Claire Whitaker attempted to engage Mr. Jones in a discussion of what documents he needed or what issues were going to be the subject of motions discussed with the Court. Mr. Jones would only say, "Put it in writing." He thanked me several times for my services, but he would not speak to Ms.

JARDIM REPORTING ASSOCIATES
(703) 867-0396

2

Whitaker further. She asked him many times if he would call her to discuss outstanding issues or give her a time when he would be available to discuss these issues before the January 17 conference in court, but he would not answer her. Ms. Whitaker then asked to go back on the record and what follows is that transcript.

(Partial transcript of deposition of Pamela Lipscomb, taken on 01-14-08.)

(Discussion off the record.)

MS. WHITAKER: Are you going to call me? I would like to put it on the record, Mr. Jones, that you are going to call me tomorrow. Is that correct?

MR. JONES: I may email you today.

MS. WHITAKER: I don't want an email, I would like to have a telephone conversation because we are supposed to be exchanging information.

MR. JONES: I have your card, and we will wait to hear from you, Ms. Whitaker.

MS. WHITAKER: So are you saying you are not going to call me tomorrow, we are not going to have an exchange of information?

MR. JONES: I am not saying anything. You are doing all the talking. I am not saying anything.

MS. WHITAKER: I cannot get in touch with you unless you choose to get in touch with me. I have tried. I am just asking, will you call me tomorrow?

MR. JONES: I will be in touch with you, if

4

not later today, by tomorrow.

    MS. WHITAKER: By telephone?

    MR. JONES: I didn't say that. I said I will be in touch with you.

    MS. WHITAKER: That is probably good enough.

    (Whereupon, at 3:19 p.m., the taking of the deposition was concluded.)

5

# CERTIFICATE OF NOTARY PUBLIC

I, CATHY JARDIM, the officer before whom the foregoing deposition was taken, do hereby testify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me stenographically and thereafter reduced to a transcript under my direction; that said deposition is a true record of the testimony given by the witness; that I am neither counsel for, nor related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto nor financially or otherwise interested in the outcome of the action.

*Cathy Jardim*
Cathy Jardim

Notary Public in and for the
District of Columbia

My commission expires:
July 31, 2012

JARDIM REPORTING ASSOCIATES
(703) 867-0396