UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   C.A. No. 1:07CV00103 (JDB) |
| | ) |
| **DONALD C. WINTER,** | ) |
| **Secretary of the Navy,** | ) |
| | ) |
| **Defendant.** | ) |

### MOTION FOR EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time, to and including March 14, 2008, for the filing of defendant's reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, for summary judgment. Defendant's counsel primarily assigned to this case has attempted unsuccessfully to contact plaintiff's counsel to determine whether or not plaintiff will consent to this motion. The grounds for this motion are as follows:

On February 29, 2008, plaintiff filed an opposition to defendant's motion to dismiss or in the alternative, for summary judgment, and a cross motion for judgment against defendant. See Docket Entries 30 and 31. Defendant's reply to plaintiff's opposition is due on March 10, 2008, and defendant's opposition to plaintiff's cross motion for judgment is due on March 14, 2007. Because the matters are interrelated and in the interest of judicial economy, defendant desires to file one brief that addresses both filings. As the later filing of the two is due only four days after the reply, there should be no prejudice to the Court or plaintiff in combining the filings.

WHEREFORE, it is respectfully requested that the due date for defendant's reply to plaintiff's opposition to defendant's dispositive motion be extended to and including March 14, 2008. A proposed order is attached.

                                            Respectfully submitted,

                                                        /s/
                                            JEFFREY A. TAYLOR , D.C. Bar # 498610
                                            United States Attorney

                                                        /s/
                                            RUDOLPH CONTRERAS, D.C. Bar # 434122
                                            Assistant United States Attorney

                                                        /s/
                                            CLAIRE WHITAKER, D.C. Bar # 354530
                                            Assistant United States Attorney
                                            United States Attorneys Office
                                            555 4th Street, N.W., Room E-4204
                                            Washington, D.C. 20530
                                            (202) 514-7137

OF COUNSEL:

ISAAC NATTER, Esq.
Assistant Counsel
U.S. Department of the Navy
Naval District of Washington

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DONALD C. WINTER,** )<br>**Secretary of the Navy,** )<br>)<br>**Defendant.** )<br>_____) | C.A. No. 1:07CV00103 (JDB) |

ORDER

UPON CONSIDERATION of defendant's motion to extend, and any opposition thereto, and for good cause shown, it is this _____ day of _____, 2008

ORDERED, that said motion is granted. The time for filing defendant's reply to plaintiff's opposition to defendant's motion to dismiss or, in the alternative, is extended to March 14, 2008.

_____
UNITED STATES DISTRICT JUDGE