UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 1:07CV00103 (JDB) |
| | ) |
| **DONALD C. WINTER,** | ) |
| **Secretary of the Navy,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION FOR EXTENSION

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court for an extension of time, to and including, March 19, 2008, to file defendant's reply to plaintiff's opposition to defendant's motion to dismiss or for summary judgment and defendant's opposition to plaintiff's cross motion for summary judgment and Rule 37 Default Judgment. These filings are due March 14, 2008. Plaintiff has a continuing opposition to any motion to extend that defendant may file in this case. The reasons for this request are as follows:

Defendant anticipated filing a reply to plaintiff's opposition to defendant's dispositive motion and a opposition to plaintiff's cross motion or motion for default judgment on the due date of the opposition to plaintiff's cross motion and motion for default judgment, i.e., March 14, 2008. To that end, on Monday, March 10, 2008, defendant moved for an extension of the due date for filing his reply to plaintiff's opposition. By minute order, dated March 12, 2008, the Court granted that extension. However, on March 12, 13, and 14, 2008, defendant's counsel primarily assigned to this case was involved in court proceedings in three other District Court cases filed in this Court which required more time to prepare than originally anticipated. In addition, undersigned counsel primarily assigned to this case has a dispositive motion due on Monday, March 17, 2008, and another due on March 18, 2008, also in other cases filed in this

Court. Accordingly, defendant is requesting to and including March 19, 2008, to file defendant's reply and oppositions in this case.

                                                  Respectfully submitted,

                                                  /s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

                                                  /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                                  /s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | C.A. No. 1:07CV00103 (JDB) |
| ) | |
| **DONALD C. WINTER,** ) | |
| **Secretary of the Navy,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

<u>ORDER</u>

UPON CONSIDERATION of defendant's motion to extend time, plaintiff's opposition thereto, and for good cause shown, it is this \_\_\_\_\_ day of _____, 2008

ORDERED, that defendant has to and including, March 19, 2008, to file defendant's reply to plaintiff's opposition to defendant's motion to dismiss or for summary judgment and defendant's opposition to plaintiff's cross motion for summary judgment and motion for default judgment.

_____
UNITED STATES DISTRICT JUDGE