**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** | * |
| Plaintiff, | * |
| v. | *   Civil Action No.: 07-0103 (JDB) |
| **DONALD C. WINTER,** Secretary of the Navy, | * |
| Defendant. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION TO NOT ACCEPT DEFENDANT'S REPLY OR OPPOSITION TO "PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS OR FOR SUMMARY JUDGMENT & CROSS MOTION FOR SUMMARY JUDGMENT OR DEFAULT JUDGMENT" DUE TO DEFENDANT'S FAILURE TO FILE SUCH OPPOSITION WITHIN THE EXTENSION PERIOD GRANTED BY THE COURT**

Mr. Michael E. Lipscomb, Plaintiff, by and through his counsel, Rev. Rickey Nelson Jones, pursuant to Fed.R.Civ.P, Rule 7(b), hereby moves that the court not accept Defendant's reply to his response and opposition to his cross motion. As grounds therefor, he says:

1. On March 10, 2008, Defendant filed a motion for an extension to file its reply to Plaintiff's response to its motion to dismiss or for summary judgment. The extension sought to file the reply simultaneously with Defendant's response to Plaintiff's cross motion.

2. This court granted the extension until March 14, 2008, before Plaintiff responded to Defendant's motion.

3. On March 14, 2008, Defendant asked for another extension due to the case load of counsel primarily assigned to this case. Defendant also acknowledged Plaintiff's opposition to last-minute requests for extensions.

4. This court granted the extension until March 19, 2008.

5. On March 19, 2008, Defendant failed to file a reply or response to Plaintiff's cross motion.

6. Due to [a] Plaintiff's thoroughly documented response countering Defendant's

motion to dismiss or for summary judgment and [b] Defendant's history in this case of being "loose" regarding the rules of procedure, it is not unfair to hold Defendant responsible to obey this court's extension that was granted at Defendant's request.

    **WHEREFORE,** Plaintiff respectfully requests that no reply from Defendant or opposition to Plaintiff's cross motion be considered by the court.

                                                   /s/
                              Rev. Rickey Nelson Jones
                              Law Offices of Reverend Rickey
                                    Nelson Jones, Esq.
                              3rd Floor — Suite 5
                              1701 Madison Avenue
                              Baltimore, Maryland 21217
                              410-462-5800
                              Bar #: MD12088

                              *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL E. LIPSCOMB,** | * |
| Plaintiff, | * |
| v. | * Civil Action No.: 07-0103 (JDB) |
| **DONALD C. WINTER,** Secretary of the Navy, | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

Upon "Plaintiff's Motion To Not Accept Defendant's Reply Or Opposition To 'Plaintiff's Response To Defendant's Motion To Dismiss Or For Summary Judgment & Cross Motion For Summary Judgment or Default Judgment' Due To Defendant's Failure To File Such Opposition Within The Extension Period Granted By The Court," it is this ___ day of _____ 2008, by the United States District Court for the District of Columbia

ORDERED that no reply from Defendant or opposition to Plaintiff's cross motion will be considered by this court.

_____ JUDGE

**Copies to:**

Rev. Rickey Nelson Jones
Law Offices of Reverend Rickey Nelson
    Jones, Esquire
3rd Floor – Suite 5
1701 Madison Avenue
Baltimore, Maryland 21217
*Attorney for Plaintiff*

Ms. Claire Whitaker
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W. – Rm. E4204
Washington, D.C. 20503

*Attorney for Defendant*